No. 7086.

## K. K. THOMPSON VS. JOHN G. WATSON.

In a suit between two members of a former commercial partnership, since dissolved, where the articles were inartistically drawn and were ambiguous, parol evidence is admissible to show the interpretation put upon the articles by the parties.

The right to a writ of attachment must be tested by the facts existing at the time it is issued. Subsequent conduct and declarations of the defendant are not to be taken into account.

APPEAL from the District Court for Tangipahoa. KEMP, J.

*McEnery, Ellis & Ellis* for Plaintiff. *Muse* and *Russell* for Defendant Appellant.

SPENCER, J., delivered the opinion affirming the judgment.